530 -Org-

1    **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2    Name _Connon_ _Tyrrall_ _F._
         (Last)           (First)           (Initial)

3    Prisoner Number _T-91710_

4    Institutional Address _Ironwood State Prison._

5    _P.O. Box 2199, Blythe, California. 92226._

6                    UNITED STATES DISTRICT COURT          E-filing
7                    NORTHERN DISTRICT OF CALIFORNIA

8    _Tyrrall Farrow Connon_
     (Enter the full name of plaintiff in this action.)

9                                                  CV  08        2992
                        vs.                        Case No.
10   _Debra Dexter, Warden,_                       (To be provided by the clerk of court)
11   _Edmund E. Brown, Att-Gen._                   **PETITION FOR A WRIT**
                                                   **OF HABEAS CORPUS**   PJH
12   _Arnold Schwarzenegger "Gov."_                _8USCA § 1101.et seq._
13   _of California._
14   (Enter the full name of respondent(s) or jailer in this action)

15   ═══════════════════════════════════════════════

16                    Read Comments Carefully Before Filling In

17   When and Where to File

18          You should file in the Northern District if you were convicted and sentenced in one of these

19   counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20   San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21   this district if you are challenging the manner in which your sentence is being executed, such as loss of

22   good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23          If you are challenging your conviction or sentence and you were not convicted and sentenced in

24   one of the above-named fifteen counties, your petition will likely be transferred to the United States

25   District Court for the district in which the state court that convicted and sentenced you is located. If

26   you are challenging the execution of your sentence and you are not in prison in one of these counties,

27   your petition will likely be transferred to the district court for the district that includes the institution

28   where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1 | Who to Name as Respondent

2 | You must name the person in whose actual custody you are. This usually means the Warden or

3 | jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4 | you are imprisoned or by whom you were convicted and sentenced. These are not proper

5 | respondents.

6 | If you are not presently in custody pursuant to the state judgment against which you seek relief

7 | but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8 | custody you are now and the Attorney General of the state in which the judgment you seek to attack

9 | was entered.

10 | A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11 | 1. What sentence are you challenging in this petition?

12 | (a) Name and location of court that imposed sentence (for example; Alameda

13 | County Superior Court, Oakland):

14 | _Superior Court SanBernardino , SanBernardino_

15 | Court                                    Location

16 | (b) Case number, if known _FWV-026177_

17 | (c) Date and terms of sentence _4/25/03, 25 Years to life._

18 | (d) Are you now in custody serving this term? (Custody means being in jail, on

19 | parole or probation, etc.)          Yes _✓_     No _____

20 | Where?

21 | Name of Institution: _Ironwood States Prison._

22 | Address: _P.O. Box 2199, Blythe, Calif. 92226_

23 | 2. For what crime were you given this sentence? (If your petition challenges a sentence for

24 | more than one crime, list each crime separately using Penal Code numbers if known. If you are

25 | challenging more than one sentence, you should file a different petition for each sentence.)

26 | _P.C. 273.5_

27 |

28 |

PET. FOR WRIT OF HAB. CORPUS         - 2 -

1    3. Did you have any of the following?

2        Arraignment:                        Yes ✓    No ____

3        Preliminary Hearing:                Yes ✓    No ____

4        Motion to Suppress:                 Yes ✓    No ____

5    4. How did you plead?

6        Guilty ____    Not Guilty ✗    Nolo Contendere ____

7        Any other plea (specify) _____

8    5. If you went to trial, what kind of trial did you have?

9        Jury ✓    Judge alone____    Judge alone on a transcript ____

10   6. Did you testify at your trial?           Yes ____    No ✗

11   7. Did you have an attorney at the following proceedings:

12       (a)   Arraignment                    Yes ✓    No ____

13       (b)   Preliminary hearing            Yes ✓    No ____

14       (c)   Time of plea                   Yes N/A  No ____

15       (d)   Trial                          Yes ____ No ✓

16       (e)   Sentencing                     Yes ____ No ✓

17       (f)   Appeal                         Yes ✓    No ____

18       (g)   Other post-conviction proceeding   Yes ✓    No ____

19   8. Did you appeal your conviction?         Yes ____    No ____

20       (a)   If you did, to what court(s) did you appeal?

21             Court of Appeal               Yes ✓    No ____

22             Year: 2004    Result: Affirm. Conviction

23             Supreme Court of California    Yes ✓    No ____

24             Year: 2004    Result: Review Denied.

25             Any other court 9th cir.       Yes ✓    No ____

26             Year: 2006    Result: Denied.

27

28       (b)   If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

1        petition?                                    Yes _____      No ✗

2        (c)    Was there an opinion?                 Yes _____      No ✗

3        (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                                      Yes _N/A_  No_____

5               If you did, give the name of the court and the result:

6        _____

7        _____

8   9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9   this conviction in any court, state or federal?       Yes ✓      No_____

10       [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11  challenged the same conviction you are challenging now and if that petition was denied or dismissed

12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13  for an order authorizing the district court to consider this petition.  You may not file a second or

14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit.  28

15  U.S.C. §§ 2244(b).]

16       (a)    If you sought relief in any proceeding other than an appeal, answer the following

17              questions for each proceeding.  Attach extra paper if you need more space.

18       I.     Name of Court: _District of Columbia, Wash, DC._

19              Type of Proceeding: _Civil Complaint_

20              Grounds raised (Be brief but specific):

21              a. _Slavery, Kidnapping_

22              b. _Genicide,_

23              c. _Denied Citizenship._

24              d. _____

25              Result: _Pending_                    Date of Result:_____

26       II.    Name of Court: _U.S. District Court. Central._

27              Type of Proceeding: _Writ of Habeas Corpus._

28              Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

1               a. *In violation of 42USCA 1981, 1982, 42USCA 1985 etca.*

2               b. *Denied right to make contracts.*

3               c. *Right to Jury trial on Priors*

4               d. *Right to be arraigned on all Pleades & information*

5               Result: *Denied.*            Date of Result: *2005*

6      III.    Name of Court: *California Supreme Court.*

7             Type of Proceeding: *Habeas Corpus*

8             Grounds raised (Be brief but specific):

9               a. *Clemency from the Governor of the*

10             b. *State of California*

11             c.

12             d.

13             Result: *Denied/informal*    Date of Result: *2006.*

14     IV.    Name of Court: *U.S. District Court / 9th cir app. ct.*

15             Type of Proceeding: *Writ of Habeas Corpus.*

16             Grounds raised (Be brief but specific):

17               a. *Clemency from the President of the*

18             b. *United States.*

19             c.

20             d.

21             Result: *Pending*         Date of Result:

22    (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                Yes *✓*   No____

24        Name and location of court: *California Supreme Court.,*

25  B. GROUNDS FOR RELIEF    *U.S. Court of appeal 9th circuit. U.S. Southern Dist Court.*

26       State briefly every reason that you believe you are being confined unlawfully. Give facts to

27  support each claim. For example, what legal right or privilege were you denied? What happened?

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: _The State of California has systematicly return_

6  _me to the condition prior to civil war amendments_

7  Supporting Facts: _I have been denied the right to make_

8  _contracts and a standing in the court of law_

9  _to enforce contracts ma' with white People_

10 _in the administration of Justice as white_

11 _People do._ Claim Two: _I am Being held in the condition of_

12 _slavery and Genocide by the State of California._

13 Supporting Facts: _As an result of breach of contracts_

14 _made with the state of California in 1985, and_

15 _1992, I am suffering unduly punishment_

16 _to be held or hold to pay an illegal debt for life._

17 Claim Three: _I am being denied the constitution of the_

18 _united States due to concerted belief by State officials_

19 Supporting Facts: _State Court Justices are legislating from_

20 _the bench oppressively contrary to legislation_

21 _writing of law in enforce Proposition 184, (1994)_

22 _P.C. 667 (b)0, for benefit and Profits._

23 If any of these grounds was not previously presented to any other court, state briefly which

24 grounds were not presented and why:

25 _Southren Courts are rubber stamping at Tax payers_

26 _Cost; offering no constituted relief._

27

28

1        List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case.  Do not discuss the holding or reasoning

3    of these cases: *Collins v. Hardy Mon 71 S.Ct. 937.*

4    *Pierson v. Ray (U.S. Miss (1967) 87 S.Ct. 1213.  386 U.S. 547.*

5    *Heck v. Humphrey 114 S.Ct. 2364 (1994)*

6    *Chappell v. Robbins 73 F.3d 918 (9th Cir. 1996.)*

7    Do you have an attorney for this petition?                                    Yes_____        No ✗

8    If you do, give the name and address of your attorney:

9    _____

10        WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11    this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

12

13    Executed on *June 12 2008*                    *Tyrell Hanson*

14                   Date                                    Signature of Petitioner

15

16

17

18

19

20    (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS            - 7 -

Tyrrall Farrow Cannon

CDCR # T-91710 (ISP)

P.O. Box 2199    (D-1-110L)

Blythe, California 92226

   IN Pro. Per.        E-filing

**PJH**

United States District Court, Northern District of California

CV 08 # 2992

Tyrrall Farrow Cannon,      case #
          Petitioner        Petition brief for a writ
     V.                     of Habeas Corpus and
                            Memorandum of Points
Debra Dexter.               and Authorities in
          Respondent        Support thereof
et al.

(PR)

I.

Introduction

1. Petitioner was found guilty by an Jury in the Superior Court before Judge, Frederick A. Mondelbach. Petitioner contends he was denied his due process right under Vietnamese Fishermen's Assn v. Knight of the Ku Klux Klan (S.D. Tex 1981) 518 F. Supp 993 (See also 518 F. Supp 1017), Penal code Section 1192, Subdivision 6 (7), and 667 (b)-(i), 667 (a)(i).

   Petitioner further contends that the prison officials Failure to Process Prisoner 602 Complaint upon arrival at prison denied his due Process

1   right under Wolff v. McDonnell (1974) 418 U.S.
2   539. Penal Code section 1170(d)and Title 15, Cal.Admin
3   Code section 3076 (c)(d). director who deems the infor-
4   mation would have influenced the sentencing imposed
5   by the Court. (d) The director deems that circumstances
6   have changed to the extent that the inmates con-
7   inued incarceration is not in the interest of
8   Justice.
9       Petitioner further contends that his denied
10   due process right under Calif. Dept of Correction V.
11   Morales Supra. 514 U.S. Fn.3. 115 Sct. at p 1602 fn 3.
12       United State Provision Ex post facto Clause
13   Pursuant to Calder et wife V. Bull et wife 3 U.S.
14   386; 3 Dall 386, Collin v. youngblood 110 S.Ct.2715
15   (1990)
16       Petitioner further contends that his due Process
17   right had be denned under Collins v. youngblood
18   110 S.ct 2715 (1990). When at sentence the
19   District Attorney, and Court considered a crime
20   that Petitioner was found to be not Guilty by
21   reason of insanity Penal Code 1026. "Innocent"
22   when done and Punished Petition on such action
23   not brought or tired by the Jury.
24   and the State of Fedual Constitutions.
25
26                   II.
27                 Parties
28   Tyriall Ferraus Cannon, held, hold at Ironwood

2

1  State Prison, CDCR #T-91710 is a Prisoner of the State
2  of California

3
4      Frederick A. Mandabach, Judge. trial and
5  Sentencing Judge.
6      Michael J. Gunn.    Judge. Pre-trial and
7  Motion Judge.
8      Ingrid A. uhler,     Judge. Pre-trial and
9  Judge Granting 6th amendment Representation.
10     Raymond P. Van Stockum, Judge, Second
11  arraignment "Superior Court" Judge.
12     Shahla S. Sabet     Judge. Preliminary
13         Judge.
14     All of the above Superior Court. Court Judge
15  of Rancho Cucamonga District for San Bernardino
16  County.

17
18     Debra Dexter, warden, Mr. Harris Associa-
19  te warden
20     Mr. Woolever, Captain. act as warden.
21     Mr. Anti   Captain. act as warden.
22     Mr. J. Gonzalez c.c.I Counsel.
23     Mr. V. Allen   c.c.I counsel.
24     Mr. B Arnelaz c.c.II. Supervision, Counsel.

25
26     James Tilton, Secretary of the Department
27  of Correction Rehab. (CDCR).

28

                              3.

1   Debra Dexter, warden of Prison at Iron-
2   wood State Prison, and the legal custodian of
3   Petitioner

5   James Tilton is the Secretary/Director
6   of California Department of Correction Rehabilitation
7   (CDCR) and is responsible for the operation of each
8   of its State Prisons, including the operation of
9   Ironwood State Prison.

12                        III.
13   on Feb 28, 2003, Petitioner was found Guilty
14   of the less included offense of 245.(a)(1) and
15   sentenced to 6 month. Penal Code 242 Battery.
16           (See exh #3, ).
17   on Feb 28, 2003, Petitioner was also found Guilty
18   of Corporal injury to spouse. Penal Code 273.5(a)
19   Count 2.  (See Exh # 1.

21   on April 25, 2003, Petitioner appeared before Judge
22   Frederick A. Mandabach, in self representation.
23   Pro.Per. and the People District Attorney Michele
24   Daly. for Sentencing.

26   on April 25, 2003. Sentencing Court Judge failed
27   to use its discretion in Striking a Prior / strike
28   allegation filed by the People  (See exh #3 )

                            4.

and knowingly that the Count (2) was a
wobbler for sentencing purpose's Persuant to
Penal Code 273.5b.

In furtherance of Petitioner refusing to enter
into a plea Bargain after the Jury Verdict, to
Suffer 6 years on April 28, 2003. the People
and the Judge at sentencing commence to apply
force, under the "spirit" of the writer of the
3 strike's law. the spirit of the Ku Klux Klan,
did at no other time used uncharge claims,
charge's (Juvenile offense) and a offense by law
innocence when done pursuant to Penal Code's
1025, 1026.

and sentence to an unduly Punishment to
Suffer 25 years to life. and to pay an illegal
debt in breach of Contracts, takens Clause, by
use of Body restraints, Personal Property to empose
upon tax payers the Cost for this illegal hold-
ing contrary to legislative writings of laws.

The Judge's and People at all time in the
scheme of the (3) Three strike law applied
in California, is only aims have been to return
Petitioner to Condition of Slavery.

The scheme is to humiliate Petitioner at all
times to except the 6 years open deal, and
have the Court to determine of the Priors/

5.

1  Strikes should be used by the Bench (Judge).
2  In which under the spirit it had been render
3  en use. Ku Klux Klan, under Pete Wilson Administ
4  ration and in concert with appointed retire
5  Justice Political institution..
6      Constituted Petitioner Civilly death en the
7  Administration of the Justice System.
8      Imposing 25 years to life.
9
10     On May 03, 2003, and after being except-
11 ed into the Prison system on May 01, 2003.
12     Petitioner filed with the Prison official a
13 602 inmate Complaint Pursuant to 42USCA § 1997
14 (e), and 42 USCA § 1983. According to the title 15
15 California rules and Regulation (CRR)
16
17     On May 12 2003, Andrew S. Altnow CC II, appeals
18 Coordinator, Remarks: CDC did not sentence you and
19 does not have the Authority to release you. You must
20 address your issue with the Court. (See Exh #2
21 Page 1)
22
23     I did response, Pursuant to the Recall P.C.
24 1170 (b).
25
26     On May 28, 2003, Andrew S. Altnow, CC II.
27 appeals Coordinator Remarks: Again, you are instruct
28 ed that your request to be release from Custody

6

1   is not a CDC issue, and you must address your
2   concerns to the Courts. The AD-695 form dated
3   May 12 2003, is not an issue for debate, was
4   not to be construed as a response to your appeal,
5   and cannot be appealed. You are now directed
6   to cease submitting this appeal issue to this
7   office.  (See exh #2, page 2).

7.

## IV.

## Contentions.

### 1.

Petitioner was Denied his Due Process Rights under Vietnamese Fisherman's ass'n v. Knight of Ku Klux Klan (S.D. Tex 1981) 518 F. Supp 993, Penal Code 1192(7)., 667 (d)(1), .... To have the right to the enjoyment of Contracts, and the liberty interest to enforce Contracts and to have an 6th amendment rights to have a standing in the Court of law, for the uprooting of badges of Slavery or involuntary Servitude. 5th, 13th 14th and 15th U.S.C.A. 42 U.S.C.A.S 1981, 1982, 1985, 1986, 1994. Civil Right to vote.

### 2.

The failure of Sentencing court to excerise its discretion to Protect me from an Political instut-ion to shun Plea Bargains violated Petitioner(s) right to a fair Trial as protected by the 5th, 6th amendments to the United States Constitution and the 14th U.S.C.A.

### 3.

The failure of the Sentencing Court to uphold its sworn duty to his oath as Judge to protect Petitioner from involuntary Servitude by Contracts

8

use as asset to force Petitioner to pay for an
illegal debt, burden Tax Payer with the cost.
as protected by Penal Code 181. etseq, 182 etseq.
Homeland Security act 6 USCA 8 101. etseq, The
Military commission act (2006) 42 USCA 1985.(3).
Due Process Clauses of the State and Federal Consti-
tutions. 13th Sec (2)(2). USCA.

V₀

Prayer for Relief.

Wherefore, Petitioner prays the Court:
   1. Issue a writ of Habeas Corpus.
   2. declare the rights of the Parties;
   3. Reverse the guilty findings.
   4. Reverse the 25 years to life sentence.
   5. Expunge a Prior Criminal Record.
   6. appoint Counsel, award reasonable fees.
and grant any other and further relief
the court deems proper.

Dated:_____2008    Respectfully Submitted

Signature Petitioner

9.

Verification

I Tyrall Farrow Cannon, State:

I am the Petitioner in this action. I have read the foregoing petition for writ of habeas Corpus and the facts stated therein are true of my own knowledge, except as to matters that are therein Stated on my own information and belief, and as to those matters I believe them to be true.

I declare under penalty of Perjury that the foregoing is true and correct and that this declaration was executed at Blythe on 1 1 2008

CDCR# T-91710.

10.

Memorandum of Points and authorities.

Petitioner was denied his Due Process Rights under U.S. V. Gaither 245 F. 3d 1064 (9 their 2001.) Petitioner argues that once he denied Knowledge of having entering into contract not intelligently knowingly that they were Strikes for the Purpose of Sentencing to 25 years to life the Court should not have gone no farther with the Plead information And tried the Case. but recused it self 28 USCA § 451-455 et seq. Vietnamese Fishermen's Assin Vo Knights of the Ku Klux Klan (S.D. Tex. 1981) 518 F. Supp. 993. (42 USCA § 1981.)    13th, 14th USCA. Servitude means, (A) condition in which a person lacks liberty especially to determine one's course of action or way of life – slavery – the state of being subject to a master. U.S. V. Kozminski 108 S.Ct. 2751 (1988.) (42 USCA 1994, 18 USCA§ 1581.) California Penal Code 667 (A)(1), 181. et seo. 182. (1) (3) (4) (5).


        In the Policy at work in the Pete Wilson "Knights" at work within the administration strongly reveals the badges and incidents of Slavery, that of which (1). Restraint of his Petitioner Movement except by the master's will.
        (2) disability to hold property.
        (3) to make Contracts

11.

(4) to be a witness against a white Person.
(5) Service of Slave for the benefit of the masters, (6) to have a standing in Court.
and have limits the movements of Blacks Citizen from County, States, and now into other counties, The spirit in which Justice's in this case have came upon the courts to enforce an Policy bent on the same spirit of Supreme Court Justice Sandra Day O'connor and another supreme Court Justice Chief whom went to school and share in the same ideas and belief system of senator Barry Goldwater whom voted against civil rights as did John Mc Cain in the state of the same state of Arizona being the state in the (9th) North Circuit where have the likes and attitudes of George Wallace a segregationist hero. Also much of the Plan to recall Slavery in the State of California Policy, for example creation of welfare state under Former President William Clinton, it was said to be one of the best moved made around 1994 soon after being elected and in jointaction with a campian promise to give support to the (3) Three violent Crime Measure in giving aid, funds to build prisons reconstruction of the life of Black citizens with the support of the welfare system that surely became the force in making Black women vote weak by imprisoned the Black

12

man at which time she became supported
by an institution for support for her, their child-
rens under the arbitrary application of an Statute
put in Place by legislation whom is Knowingly
and intelligently aware of the effect of an Crown-
ing legislation "Expost facto clause" that makes
Contracts null and void. Surely Judge's have shun
this protection of congressional in kent of the Un-
ited States enforcement act of 1871. following the
added 13th, 14th and 15th amendment to the Unit-
ed States Constitution over the veto of the President
whom appearant was not in favor of the free-
dom of slave. The after many law as Jim Crow,
and laws that is still continuing to be made
(See "nuclear opion" by the 14 senator lead by
John Mc Cain) and in the appointment of the
lat   two Supreme Court Justice's, that hinder
the Due Process and of the right to vote, many
factors emerged bent on over comming the 13th, 14th
and 15th amendments. Political issue of law
and order. Prior act of (1983 Prop 8 667 2 5 P.C.)
under the President administration of Reagon form-
er President of 1981-1989. whom Subsequently
appointed the first Sister to the united States
Supreme Court Sandra Day Oconnor, where in
the scheme of Counts imposed 1 year additinal
Punishment even on crimes or Prior prison terms
that incurred before (Prop 8, 1981) the cost of a

13.

1  prisoner to be held is said to been at $24000 Per year,
2  Surely under President Bush Sr. these additional
3  funds arbitrary taken and again now under
4  William Clinton amendment to the Prior Act
5  carried out by State and Private citizen herein
6  California to impose a for greater burden on Tax
7  payer after the fact is spent to move the Country
8  of United States in the direct direction in where
9  we are at today.
10     IN 1994, under clinton, William former
11 president administration, more added aid and
12 comfort was given to Communist Subversive
13 Political Party as NAZI and Klu klux klan to
14 raise war here in the states systematicly and
15 against People of Color, Prior to the knowingly
16 Acts or policy of the Bush G. President in 2001
17 up-until todate, Bushes administration is in
18 relation to the likes of former President Nixon
19 of 1969-1974. administration, wherefore Clinton,
20 Carter and Johnson from 1963— 1993. leaves us
21 in the hope of a president aliken to Kennedy
22 should had been in 2003 or 2004. how long
23 am I have to set and what civil Minded Offic-
24 ials drink from a cup marked Posion before
25 (We) (U.S.) start to feel the effects?
26     The scheme of the three Strikes law P.C. 667(d).
27 (i) and its application in the state of California is
28 directly in conflict with the writers intent of the

14.

1. United States Constitution and Court decision of the
2. bill of Rights is outside the spirit of Congress pass-
3. ing legislation concerning the civil Right act
4. to excludes the 13th, 14th and 15th amend-
5. ments to the United States Constitution when
6. Congress passed the enforcement act in 1871,
7. to also suppress the evil of terrorist by enact-
8. ing the famous ku klux klan act (42usca 1985.)
9. see section (3).
10.     At the time of Sentencing on 04/28/2003, this
11. Court knew or should had known that the newly
12. Homeland Security act 6usca 101, of 2003, had
13. termed terrorism see section (15) (i) is dangerous to
14. human life, or potentially destructive of critical infrast-
15. ructure or key resources: and (ii) is a violation of the
16. criminal laws of the United States or of any State
17. or other Subdivision of the United States; and (B)
18. appears to be in tended (i) to intimidate or coerce
19. a civilian population. (Sec. also 6usca 101 (3)
20. the term "assets" includes "Contracts." "Property."
21. and by other prior events (See Collin v. Hardyman
22. 71 S.Ct. 937 ) that persons or sworn person acting
23. under the Color of authority to exclude Judges
24. who would take out an active role constituted
25. in todays activities as in the Major schem act,
26. or Major fraud against the United States (see 18usca
27. 1031 (a); whoever knowingly executes, or attempts
28. to execute, any scheme or artifice with the intent

15.

(1) to defraud the United States; or (2) to obtain money or Property by means of false or fraudulent pretenses, Representations, or promises.

And in the events of the Breach of Contracts Prior to amended State Statutory Statute in this Court imposing 25 year, exceed the 1,000,000 Dollar (see section (2) (c). (1031).

While at all time this court and over any and all objection Continued to put down the Constitution And given its power to the enemy and those whom are bent with ideas and political belief for return Black Citizen(s) to the conditions of Slavery, and reconstruction of the legal system of the State of California, united States to recall Slavery and to enforce While setted as Judges, Sworn state officials in the administration of law to willed that Black People to be forever Slaves by an Political Partie(s) in Keeping Black's As close to the conditions of Slavery (See 18USC-p 1581. 42USCAS1994.)

Olmstead V. U.S. 277 U.S. 438, 485 (1928). States that the Government is the teacher of its citizen;... and therefore by former President William J. Clinton, Keeping his special interest promises as a campaign promise, to sign into law the (3) Three violent Crime Measure, and gave to California about 8 Billion Dollar to give cause to apply to california citizens a

16.

law of hug  of Slavery, and with Judges
legislating from the bench did impede, hinder
and defeated the constitution of the State of
California and the Federal Protected function found
in the 13th, 14th and 15th United States Constit-
ution, by removing of the legally sworn way
of thinking, altet by greed, did use surplus
the state legislation and its history of writing
laws. This President and the Judges that
moves his policies should have known that
the 13th, 14th and 15th United States amendment
was enacted by Congress over the veto of the
President, not one time, but in three seperate
times on 1866, 1867, 1868.

   To intentional violate the 13th, 14th, 15th
USCA, should constitute 3 three after the
3 violent crime measure. Those that aim
was to put down the newly freeman constit-
ution use force and violence at all times
(see the Kulux Klan act 42 USCA 1985.(3).

   According to California Penal Code 137 (b)
Provides; that every person who attempts by
use of fraud to induce any person... to with-
hold true material information from a law
enforcement official "court" is guilty of a felony
and is punishable in a state Prison, (article V.
sec 1 and 13) name the Governor and the
attorney General as the chief law officers of

17.

the state of California.

California Penal Code 182 states that if two or more person conspire (1) to commit any crime or (3) falsely to move or maintain any suit or action or proceeding or (5) to commit any act injurious to public health, to public morals, or to prevent or obstruct justice, or the due administration of the laws, they shall be punishable.

Historically judicial immunity was a corollary to that theory. Since the King could do no wrong, the Judges, his delegates for dispensing justice, 'ought not be drawn into question for any supposed corruption (for this tends) to the slander of the justice of the King.

The statute, which come on the books as s 1 of the Ku Klux Klan act of April 30, 1871, 17 Stat. 13, provides that every person' who under color of State law or custom 'subjects, or causes to be subjected, any citizen to the deprivation of any right, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.' To most, 'every person' would mean every person, not every person except Judges. legislation of California Penal Code (3)(Statutes (was) was properly put in Place (see Penal Code 667(a)(1), Despite the plain import of these/Those words in the case of Tenney v. Brandhove, 341 U.S. 367

18.

71 S.Ct 783, 95 L.Ed 1019, that state legislators are
immune from suit as long as the deprivation of
civil rights which they caused a person occurred
while the legislators were acting in a field where
legislators traditionally have power to act.
   If a court applies the statute to a weapon
its draftsman had not thought of, then it would
be 'legislating' not 'interpreting' as even more
obviously it would be if it were to apply the
statute to a weapon not yet invented when the
statute was passed. Fuller, the Morality of Law
84 (1964). Should the same stand clearly in
amended statute Penal Code 667(a)-(i), (i)(9). h.
immunity of legislators for acts within the legisla
tive role was not abolished. The immunity of
judges for acts within the judicial role is equally
well established, and (386 U.S. 555), citing Pierson
v. Ray (U.S. miss 1967) 386 U.S. 547. Congress would
have specifically so provided had it wished to
abolish the doctrine. when 3 violent crime measure
was passed by the signing of former President
William J. Clinton (1993). (see Griffin v. Breckenridge
403 U.S. 88, 98, 91 S.Ct. 1790, 1796 (1971).
      The war on Terroist, have failed here in the
homeland, the same as the other wars "on
Drug, war on crime, war of street violents, Safe
Streets Act of 1968, all of these so-called wars.
for example; under president Nixon and attorney

19.

1  General John Mitchell, the nixon administration
2  was prone to exaggerate crime, just like Daniel
3  Lungren attorney General of California, the FBI
4  reported in the state of California county of San
5  Bernardino 2002-2003, that crime was high
6  only due to the local Police, Sheriff, and District
7  attorney office exaggerating crime by filing on
8  more serious crime. (See also Johnson v. Bush S.D.
9  Fla. 2002, 214 F. Supp. 2d 1333 ), This scheme
10 of 1994, Denies citizen of the Black "race" of humans
11 Race their voting Rights systematicly, as told by
12 Justice of the Supreme Court Marshall Thurgood, that
13 the Government teachings was to keep blacks as
14 close to slavery as possible.
15                Additional facts.
16              Points in support of.
17 On August 07, 2006, after the Senate confirmed a
18 slew of President Bush's Federal Court nominees
19 and two Supreme Court, after the gang of 14 lead
20 by John Mc Cain to over throw senator Power to
21 filibuster against the appointment of these two
22 Supreme Court Justice. where for in (the news week
23 August 07, 2006, Senator Mr. Dewine was sure to share-
24 up Republican support, when he said "look we have
25 got our Judges... we won" Politics A gang under
26 siege", but Prior to that in 1994, Governor Pete Wilson
27 Put 84% of the Judges appointed were white
28 retire for the most part. (see "The Sun" news paper

20.

1  oct 30, 2002.)
2      Inspite of on June 16, 1871, (the new york Tribune
3  Horace Greely States; The real leaders of the Ku Klux
4  Klan are the Courthouse, and Tavern Politicians
5  and have no desire for education for themselves
6  or their children, never stimulates them to steady
7  labor but desire wealth, they are without am-
8  bition to better the condition, they are course,
9  cruel and vindictive and in every way deserve
10  the appellation of low down people (see also
11  USA today Tuesday Feb 6, 2007, 11A.)
12      On September 02,1928 the new york evening Post
13  writes that the (south) their only hope was in
14  some way to deprive the negroes of their (vote)
15  and thus make way for a white majority as
16  they could not do this legally in the face of the
17  fifteenth (15th) united States amendment, they
18  set about it in another way (see again: Johnson
19  V. Bush S.D. Fla. 2002, 214 F Supp. 2d 1333.)
20      Governor Pete Wilson appoint 10% Judge's
21  that former President Ronald Reagan in the
22  federal Court during his administration 94%
23  rich white Judge's, also soon there after his
24  appointment, President Reagan appointed Sister
25  Sandra Day Oconnor to the United States Supreme
26  Court whom knew in 1981 and 1982 that the
27  "Prop 8" Prior Act 667 a.b. in California in the
28  9th circuit, the same circuit in which Mrs. O'

Connor was out of, from 1982 to 2002 Mrs.
Connor presided over many of the Pair Prison
term case and the major swing vote on the
8th amendment claims. At the same time
the case was also represented by USC law
school Professor of California. To only sure
up the funds, Tax payers Money to support
a war by Now King- President Bush. A war
the Democrated President William Clinton,
refuse to start. President Bush is very open
with the fact that he got the Money and
he is spending it. (See Colder wife V. Bull wife
3 Dall. 386, 390, 392 1 L. Ed 648 (1798).
       The scheme of the application of the Three
(3) strike law. P.C. 667 (b)-(i) and its application in
the United States and in California Jurisdiction.
       The spirit or spirit(s) that have been relied
upon is said by case law, authority of both
legislation of California. See California Government
Code 1027.5 (a)(c), 1028 etsea. And the United
State constitution in America have been Put down
by this "spirit" that is outside the spirit of the
writer(s) of the U.S. Constitution (See Federal
Statutes 18 USCA 2381-2386, also 50 USCAS
841-844 communist Control act, and the Homeland
security act 6 USCAS 101 etsea). Wherefore it
should have been Known that Judges would set-
aside their sworn oath to uphold the constitution
                        22.

1  by coming upon the premises of the Court in the
2  trial of a black citizens, to carry out aims of
3  the Klan in the administration in there payed
4  employment Profit-sharing in which court official
5  is employees receiving a port of the Profits in
6  the holding of Petitioner in this established enter-
7  rise entire California Department of Correction
8  Rehabilitation that violates the rights of citizen
9  declaring me civilly death and after selling
10 me into condition of Slavery during time of
11 war for Profit, and to work off an illegal
12 debt by declaring war on the bill of Rights, and
13 the civil war amendments. (See 42 USCA § 1985, 1986)
14 (See section 3 cl 2 Treason U.S. CA. Const. Art III S
15 3 cl.1., Tomoya Kawakita v. U.S. CA. (9 CA 1) 1951,
16 190 F 2d 506.)
17    Petitioner is being held or hold in the condition
18 of Slavery and Genocide by Kidnapping
19 by force of abuse of the legal system by Case
20 law decided by the Courts of United States.
21    The United States Patriot Act of 2001, and
22 critical infrastructures Protection act 2001, that
23 suppose to United and Strengthening america by
24 providing appropriate tools required to intercept
25 and obstruct Terrorism. (See 42 USCA § 1985. et seq.
26 and 18 USCA § 2381-2386, also see Trickery 18 USCA §
27 1001
28    Dated: 06/12/2008.          Tyrall Flannom
                          23.          Petitioner.

PROOF OF SERVICE

E-filing

*PJH*

Declaration of Service by Mail

CV 08    2992

I, *Tyrall Farrow Cannon* declare that I am over the age of eighteen (18) and that I (am/am not) a party to this action. On *June 12*

*(PR)*

*2008*, I deposited a copy of the following document(s):

*Writ of Habeas Corpus./with Exh #1*

*Board of Immigration Review.*
*2. Letter from FBI. (ABCD) (7) Cannon v. Knight of KKK etal.*
*3. Cannon v. Clinton.    (8) Cannon v. " of Ku Klux Klan.*
*4. Cannon v. Bush.    (9) Cannon, Select p case.*
*5. Cannon v. Dexter.    Petition, brief for writ of H.C. and*
*6. Cannon v. Dexter.    memorandum of points and authorities.*
In a sealed envelope with the postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at Ironwood State Prison, in Riverside County, Blythe, California, and addressed as follows: *Clerk for.*

*U.S. District Court.*
*U.S. Northren District.*
*Court house.*
*450 Golden Gate Ave.*
*San Francisco, Ca. 94011.*

*Mr. Michael Mukasy,*
*U.S. Attorney General.*
*950 Pennsylvania Avenue*
*Washington DC. 20540.*

*Mr. Paul D. Clement*
*Solicitor General*
*U.S. Dept of Justice.*
*950 Pennsylvania Avenue.*
*Washington, DC. 20530.*

*Central Intelligence Agency*
*Director.*
*Washington DC. 20450.*

*(AUSA - office of U.S. Att.*
*Civil Division*
*300 N Los Angeles St. Ste 7516*
*Los Angeles, Ca. 90012.*

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

DATE *June 12 2008*    SIGNATURE *Tyrall Hannon*
*Petitioner.*



TO: Clerk, 6/12/08
The Forma Pauperis
application could
be mailed PSPD
when the first
officer return to
San Francisco

Tyrone Tarron Cannon
CDCR# T-91710 (ISP)
P.O. Box 2199 (B-1-102)
Blythe City. 92226

U.S. MARSHALS SERVICE

JUN 16

RECEIVED
JUN 16 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PRIORITY