**United States District Court**
For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6

7    TYRRALL FARRON CANNON,

8                     Petitioner,                    No. C 08-2992 PJH (PR)

9         v.                                         **ORDER OF TRANSFER**

10   DEBRO DEXTER, et al.,

11                    Respondents.
                                              /
12

13        This is a habeas case filed pro se by a state prisoner.  Petitioner seeks to challenge a

14   conviction obtained in the Superior Court in and for San Bernardino County.  San

15   Bernardino County is in the venue of the United States District Court for the Central District

16   of California.  Petitioner is incarcerated at Ironwood State Prison, which also is in the central

17   district.

18        Venue for a habeas action is proper in either the district of confinement or the district

19   of conviction, 28 U.S.C. § 2241(d); this district is neither.  Because  petitioner was both

20   convicted in and is confined in the central district, this case is **TRANSFERRED** to the United

21   States District Court for the Central District of California.  *See* 28 U.S.C. § 1406(a);  Habeas

22   L.R. 2254-3(b).

23        **IT IS SO ORDERED.**

24   Dated:  June 20, 2008.        _____

25                                            PHYLLIS J. HAMILTON
                                         United States District Judge
26

27

28   G:\PRO-SE\PJH\ORDERS\HC\TRANS-conviction form.wpd.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


TYRRALL F CANNON,

               Petitioner,

   v.

DEBRA DEXTER et al,

               Respondents.
_____/

Case Number: CV08-02992 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Tyrrall Farrow Cannon T-91710
Ironwood State Prison
D-1-110L
P.O. Box 2199
Blythe, CA 92226

Dated: June 20, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk