**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 23, 2008

United States District Court
Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

RE: **CV 08-2992 PJH (PR) Cannon v. Dexter**

Dear Clerk,

   Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

|   |   |
|---|---|
| ☐ | Certified copy of docket entries. |
| ☐ | Certified copy of Transferral Order. |
| ☐ | Original case file documents. |
| X | Please access the electronic case file for additional pleadings you may need. |

   Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, E-Filing, HABEAS, ProSe, TRANSF

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:08-cv-02992-PJH
# Internal Use Only

| | |
|---|---|
| Cannon v. Dexter et al | Date Filed: 06/17/2008 |
| Assigned to: Hon. Phyllis J. Hamilton | Date Terminated: 06/20/2008 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Tyrrall Farrow Cannon**     represented by    **Tyrrall Farrow Cannon**
T-91710
Ironwood State Prison
D-1-110L
P.O. Box 2199
Blythe, CA 92226
PRO SE

V.

**Respondent**

**Debra Dexter**
*Warden*

**Respondent**

**Edmund G. Brown**
*Attorney General*

**Respondent**

**Arnold Schwarzenegger**
*Governor of California*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2008 | 1 | PETITION for Writ of Habeas Corpus. Filed byTyrrall Farrow Cannon. (Attachments: # 1 Envelope)(far, COURT STAFF) (Filed on 6/17/2008) (Entered: 06/18/2008) |
| 06/17/2008 | | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 6/17/2008) (Entered: 06/18/2008) |
| 06/17/2008 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee |

|            |   |   |
|------------|---|---|
|            |   | due within 30 days. (far, COURT STAFF) (Filed on 6/17/2008) (Entered: 06/18/2008) |
| 06/17/2008 | 3 | EXHIBITS re 1 Petition for Writ of Habeas Corpus filed byTyrrall Farrow Cannon. (Attachments: # 1 Part Two, # 2 Part Three, # 3 Part Four, # 4 Part Five)(Related document (s) 1 ) (far, COURT STAFF) (Filed on 6/17/2008) (Entered: 06/19/2008) |
| 06/20/2008 | 4 | ORDER OF TRANSFER. Signed by Judge Phyllis J. Hamilton on 6/20/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 6/20/2008) (Entered: 06/20/2008) |
| 06/23/2008 | 5 | CLERK'S LETTER to the USDC, Central District of California re transfer of case. (far, COURT STAFF) (Filed on 6/23/2008) (Entered: 06/23/2008) |